UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| PETE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:02CV00022 AGF |
| | ) | |
| GARY KEMPKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Memorandum and Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendants and against Plaintiff.

Dated this 12th day of July, 2005.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE