UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| PETE WRIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:02CV00022 AGF |
| GARY KEMPKER, et al., | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for contempt and sanctions (Doc. #109) is **DENIED**. Defendants' response to the motion satisfies the Court that they have sufficiently complied with this Court's Order to provide Plaintiff with his legal files in this case. Plaintiff has now perfected a Notice of Appeal. To the extent that he believes Defendants are impeding his ability to proceed with his appeal, he may take the matter up with the Court of Appeals. The Court expresses its gratitude to appointed counsel for his service to his client and to the Court.

Dated this 2nd day of November, 2005.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE